# Court of Appeals
# of the State of Georgia

ATLANTA,____June 02, 2015_____

*The Court of Appeals hereby passes the following order:*

**A15D0415.  COURTNEY KIRK FULLER v. THE STATE.**

Courtney Fuller pled guilty to driving under the influence and pled nolo contendere to possession of marijuana one ounce or less on or about April 27, 2015. On May 18, 2015, Fuller filed this application for discretionary appeal, in which he seeks to challenge his convictions on the ground that his plea was coerced and that there was no probable cause for his arrest.

No application for discretionary appeal is required to appeal a criminal conviction. Ordinarily, if a party applies for discretionary review of a directly appealable order, we grant the application under OCGA § 5-6-35 (j). Accordingly, this application is hereby GRANTED. Fuller shall have 10 days from the date of this order to file a notice of appeal with the trial court. If he has already filed a notice of appeal from the order at issue, he need not file a second notice. The trial court is instructed to include a copy of this order in the appellate record.

*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,____06/02/2015____*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*



_____ *, Clerk.*